U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 2 2 2005

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br>    Plaintiff, | )<br>)<br>) |
| v. | )  Civil No. 96-100-JD<br>) |
| Michael Farley,<br>    Defendant, | )<br>)<br>) |
| and | )<br>) |
| NH Steel Fabricators, Inc.,<br>    Garnishee. | )<br>) |

**FINAL ORDER OF CONTINUING GARNISHMENT**

On July 5, 2005, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee and Defendant were personally served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on July 21, 2005. Garnishee filed an Answer dated August 12, 2005, stating that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of non-exempt disposable earnings, belonging to and due defendant, Michael Farley.

Upon the request of the Defendant, a hearing was held on September 22, 2005, in which the Defendant appeared pro se and Assistant U.S. Attorney David L. Broderick appeared for the Government. After giving due consideration to the arguments of both parties,

IT IS ORDERED that Garnishee pay ~~$58.00~~ $54.00 [JDM] each week from the Defendant's weekly non-exempt disposable earnings (earnings remaining after all deductions required by law have been

withheld) from July 21, 2005, and thereafter, to Plaintiff and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court. Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in his employment, place of residence, or telephone number. Defendant shall provide such information to the United States Attorney's Office at the address listed above.

SO ORDERED THIS 22nd DAY OF September, 2005.

_____
U.S. Magistrate Judge

cc: U.S. Attorney's Office
    Michael Farley
    NH Steel Fabricators, Inc.